EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Fax No. (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 9 2004

at 2 o'clock and 50 min. P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04 00473 SOM |
| Plaintiff, | INFORMATION |
| | [21 U.S.C. §§ 841(a)(1) and 843(b)] |
| vs. | |
| TARYN COMER, | |
| Defendant. | |

INFORMATION

The United States Attorney charges that:

That on or about February 16, 2001, in the District of Hawaii, the defendant TARYN COMER did knowingly and intentionally use, and cause to be used, a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of fifty (50) grams or more of methamphetamine, its

salts isomers and salts of its isomers, a Schedule II controlled substance, a felony under Title 21 United States Code, Section 841(a)(1).

All in violation of Title 21 United States Code, Section 843(b).

DATE: _December 9, 2004_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


_____
THOMAS MUEHLECK
Assistant U.S. Attorney


United States v. Taryn Comer
Cr. No. _____
INFORMATION